IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: Resort of Palm Beach LLC

| | |
|---|---|
| Jeffrey B. Cohen and Insurance Designers of Maryland<br>    Plaintiffs<br>v.<br><br>Resort of Palm Beach LLC<br>    Defendant | Civil Action No. 07-106 (JJF)<br><br>Bankruptcy Case No. 06-10798 (KG)<br><br>Re: Docket No. 1 |

### NOTICE OF WITHDRAWAL OF THE MOTION OF JEFFREY B. COHEN AND INSURANCE DESIGNERS OF MARYLAND, INC. TO WITHDRAW THE REFERENCE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER HOLDING JEFFREY COHEN AND INSURANCE DESIGNERS OF MARYLAND, INC. IN CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND FOR RELATED RELIEF

Jeffrey B. Cohen and Insurance Designers of Maryland, Inc., movants herein, hereby withdraw their Motion to Withdraw the Reference of Debtor's Motion for Entry of An Order Holding Jeffrey Cohen and Insurance Designers of Maryland, Inc. In Contempt for Violation of the Automatic Stay and for Related Relief as moot as the underlying motion has been dismissed.

                /s/ Christopher D. Loizides
                2008.02.07 10:23:01 -05'00'
                Christopher D. Loizides (No. 3968)
                LOIZIDES, P.A.
                1225 King Street, Suite 800
                Wilmington, DE 19801
                Telephone: (302) 654-0248
                Facsimile: (302) 654-0728
                E-mail: loizides@loizides.com

                *Counsel for Jeffrey B. Cohen and Insurance Designers of Maryland, Inc.*

DATED: February 7, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: Resort of Palm Beach LLC

| | |
|---|---|
| Jeffrey B. Cohen and Insurance Designers of Maryland )<br>　　　　　Plaintiffs )<br>　　v. )<br>　　 )<br>Resort of Palm Beach LLC )<br>　　　　　Defendant ) | Civil Action No. 07-106 (JJF)<br><br>Bankruptcy Case No. 06-10798 (KG)<br><br>**Re: Docket No. 1** |

### CERTIFICATE OF SERVICE

I, Christopher D. Loizides, certify that on February 7, 2008, I caused true and correct copies of the foregoing NOTICE OF WITHDRAWAL OF THE MOTION OF JEFFREY B. COHEN AND INSURANCE DESIGNERS OF MARYLAND, INC. TO WITHDRAW THE REFERENCE to be served upon the parties and in the manner indicated on the attached service list.

DATED: February 7, 2007

Christopher D. Loizides
2008.02.07 10:23:22 -05'00'

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:　(302) 654-0248
Facsimile:　(302) 654-0728
E-mail:　　loizides@loizides.com

080207100526.DOC

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

Erin K. Brignola, Esquire
COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
Fox Run Shopping Center, Unit 30
30 Fox Hunt Drive
Bear, DE 19701

David B. Stratton, Esquire
James C. Carignan, Esquire
Pepper Hamilton, LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801
*Fax:   (302) 656-8865*
Email: strattond@pepperlaw.com
         carignanj@pepperlaw.com
*Co-Counsel for Debtor and Debtor-in-Possession*

Tobey M. Daluz, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 No. Market Street, 12th Floor
Wilmington, DE 19801
*Fax:   (302) 252-4466*
Email: daluzt@ballardspahr.com
         kelleherj@ballardspahr.com
*Co-Counsel for Landlord Creditor CityPlace Retail, LLC*

Theodore J. Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
Wilmington, DE 19801
*Fax:   (302) 575-1714*
Email: ttacconelli@ferryjoseph.com
*Counsel for Tax Collector of Palm Beach County, FL*

Richard L. Schepecarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*Fax:   (302) 573-6497*
Email: margaret.harrison@usdoj.gov
Douglas E. Spelfogel, Esquire

Richard J. Bernard, Esquire
Baker & Hostetler, LLP
666 Fifth Avenue
New York, NY  10103
*Fax:   (212) 589-4201*
Email: dspelfogel@bakerlaw.com
          rbernard@bakerlaw.com
*Co-Counsel for Debtor and Debtor-in-Possession*

Thomas J. Leanse, Esquire
Brian D. Huben, Esquire
Katten Muchin Rosenman, LLP
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012
*Fax:   (310) 788-4471*
Email: thomas.leanse@kattenlaw.com
          brian.huben@kattenlaw.com
*Co-Counsel for Landlord Creditor CityPlace Retail, LLC*